Kirsten A. Worley, Bar No. 222513
Email: kw@wlawcorp.com
Worley Law, P.C.
1572 Second Avenue
San Diego, CA  92101
Telephone:    619-550-1004
Facsimile:     619-550-1051

Attorneys for Plaintiff UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF INSIGHT ENVIRONMENTAL ENGINEERING & CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF INSIGHT ENVIRONMENTAL ENGINEERING & CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AECOM TECHNICAL SERVICES, INC., FEDERAL INSURANCE CO., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR:** <br><br> **(1) BREACH OF CONTRACT** <br><br> **(2) INDEBITATUS ASSUMPSIT** <br><br> **(3) QUANTUM MERUIT** <br><br> **(4) ENFORCMENT OF CLAIM AGAINST PAYMENT BOND** <br><br> **DEMAND FOR JURY TRIAL** |

United States of America for the use and benefit of Insight Environmental Engineering & Construction, Inc. (hereinafter "Insight") alleges as follows:

**JURISDICTION**

1.   This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and the provisions of the Miller Act, 40 U.S.C. §3133.  The Court has pendant jurisdiction and supplemental jurisdiction over the state law claim alleged in this Complaint pursuant to 28 U.S.C. §1367.

2.      This action relates to a construction project at Edwards Air Force Base, located near Lancaster, California. All or a substantial part of the events or omissions giving rise to the claims asserted in this action occurred in this judicial district, and the contracts at issue in this action were executed in this judicial district. Accordingly, venue is proper in this court pursuant to 28 U.S.C. § 1391(b)(2) and 40 U.S.C. § 3133(b)(3)(B).

**PARTIES**

3.      Insight is, and at all times herein mentioned was, a corporation organized and existing under the laws of California and doing business in Orange County, California. Additionally, Insight is, and at all times herein mentioned was, a licensed general contractor.

4.      Insight is informed and believes, and thereon alleges, that Defendant AECOM Technical Services, Inc. (hereinafter "AECOM") is, and at all times mentioned was, a corporation organized and existing under the laws of California.

5.      Insight is informed and believes, and thereon alleges, that Defendant FEDERAL INSURANCE COMPANY (hereinafter "Federal") is, and at all times mentioned was, a corporation organized in the State of New Jersey and authorized to do business in California and doing business in California as a surety.

6.      Insight is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Insight will amend this complaint to allege their true names and capacities when ascertained. Insight is informed and believes, and thereon alleges, that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, that Insight's damages were proximately caused by these defendants' acts, or that the fictitiously named defendants are otherwise liable to Insight.

7.      Insight is informed and believes, and thereon alleges, that the defendants, and each of them, in doing the acts alleged, were acting as the agents, representatives, servants or employees of each of the other defendants and were acting within the course and scope of their employment or agency with the full knowledge and consent of the other defendants.

///

## STATEMENT OF FACTS

8. AECOM and DOES 1 through 5 (collectively, "AECOM") entered into a prime contract ("Prime Contract") with the US Air Force, contract no. W912DY-09-D-0059/DS02, Site 3 Landfill Construction, Edwards AFB, for performance-based remediation services ("Project").

9. On or about an unknown date, Federal and DOES 6-10 (collectively, "Federal"), as a surety, issued on behalf of AECOM, as principal, a payment bond in an unknown sum that guaranteed the payment to all persons supplying labor and material in the prosecution of the work provided for in the Prime Contract on the Project in accordance with the Miller Act, 40 U.S.C. §§ 3131, *et seq*. ("Payment Bond").

10. On or about July 25, 2016, AECOM entered into a Standard Form Agreement ("Subcontract") with Insight to perform performance–based remedial services for the Project for $4,016,937.10. A copy of the Subcontract is attached as **Exhibit "A."** AECOM altered Insight's scope of work, causing Insight to perform extra work and/or change order work (which work was performed at AECOM's direction and with AECOM's consent), which increased the Subcontract's total amount to $4,287,237.90.

11. Insight completed its work on or about June 16, 2017, all of which work was furnished in the prosecution of the work provided for in the Prime Contract and specifications for the Project.

12. AECOM has failed to pay Insight all amounts due under the Subcontract, and more than 90 days have passed since its failure to pay.

13. Insight is owed a total of $570,367.22, according to proof, pursuant to the terms of the Subcontract.

14. Insight has submitted a claim for payment to Federal under the Payment Bond, but Federal has failed to pay Insight the amount owed.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

15. Insight incorporates by reference the foregoing paragraphs as if fully set forth herein.

16. Insight performed all the work and labor for, and furnished all necessary labor, services, materials, and equipment (collectively, "Work") to be performed, used or consumed in the Project under its Subcontract, and all such Work was actually performed, used or consumed on the Project.

17. Insight has performed all conditions, covenants, and promises under the Subcontract on its part to be performed, except those excused by non-payment or otherwise by AECOM.

18. AECOM breached the Subcontract in that it has failed and refused to pay Insight in full for all Work it provided to the Project, despite demand therefor.

19. As a direct and proximate result of AECOM's breach of contract, Insight has suffered damages in the principal amount of $570,367.22, according to proof.

20. Insight has been required to retain the services of an attorney to recover amounts owed and, accordingly, Insight is informed and believes and thereon alleges that it is entitled to recover its attorney's fees incurred herein.

**SECOND CAUSE OF ACTION**

**(Indebitatus Assumpsit)**

21. Insight incorporates by reference the foregoing paragraphs as if fully set forth herein.

22. Insight provided WORK to AECOM on the Project at AECOM's special instance and request, which Work was accepted by AECOM.

23. AECOM became indebted to Insight for Work provided by Insight to AECOM on the Project, who agreed to pay the sum of $4,287,237.90 for the Work. Of that sum, there is now due and owing from AECOM to Insight the sum of $570,367.22, which payment has not been made despite demand therefor.

**THIRD CAUSE OF ACTION**

**(Quantum Meruit)**

24. Insight incorporates by reference the foregoing paragraphs as if fully set forth herein.

25. Insight provided valuable Work to AECOM that was necessary for AECOM to perform and complete its obligations under the Prime Contract and the Project, which Work was provided at AECOM's special insistence and request.

26. AECOM benefited from Insight's Work, including, but not limited to the fact that Insight could not have fully performed and completed its obligations under the Prime Contract and Project in the absence of the Work that Insight provided.

27. AECOM has failed and refused to pay Insight for the Work it provided to the Project.

28. Insight has suffered damages and AECOM has been unjustly enriched as a result of its failure to pay Insight for the Work it provided to the Project, such that, in equity and good conscious, AECOM is responsible for payment to Insight for the Work.

## FOURTH CAUSE OF ACTION

### (Enforcement of Claim Against Payment Bond)

29. Insight incorporates by reference the foregoing paragraphs as if fully set forth herein.

30. Insight is a proper claimant on the Payment Bond issued by Federal and has submitted all notices and claims required to be submitted on its part to assert a valid claim on the Payment Bond.

31. Insight is informed and believes, and thereon alleges that Federal, pursuant to the Payment Bond, is obligated to pay Insight for the Work that it provided to the Project, and for which AECOM has failed and refused to make payment.

32. Federal has failed to fulfill its obligations under the Payment Bond to pay Insight for the Work it provided to the Project, which Work Insight performed all the work and labor for, and furnished all necessary services, materials, and equipment to be was to be and actually was used and consumed on the Project.

33. As a result of Federal's failure and refusal to fulfill its obligations under the Payment Bond, Insight is owed the principal amount of $570,367.22, according to proof.

///

34. Insight is entitled to payment from Federal under the Payment Bond pursuant to the Miller Act, 40 U.S.C. §3131, *et seq.*

35. Insight has been required to retain the services of an attorney to recover amounts owed and, accordingly, Insight is informed and believes and thereon alleges that it is entitled to recover its attorney's fees incurred herein.

**WHEREFORE,** Insight prays for judgment against AECOM, Federal, and DOES 1 through 10 as follows:

A. For the principal amount of $570,367.22, according to proof, and interest thereon;

B. For attorney's fees;

C. For costs of suit; and

D. For such other and further relief as the Court may deem just and proper.

Dated:  April 23, 2018                                   Worley Law, P.C.


By: /s/ Kirsten A. Worley
Kirsten A. Worley
Attorneys for Plaintiff
UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF INSIGHT ENVIRONMENTAL ENGINEERING & CONSTRUCTION, INC.

.

# **DEMAND FOR JURY TRIAL**

Plaintiff UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF INSIGHT ENVIRONMENTAL ENGINEERING & CONSTRUCTION, INC. hereby demands a jury trial in the instant action of all claims so triable.

Dated:  April 23, 2018                                  Worley Law, P.C.


By: /s/ Kirsten A. Worley
Kirsten A. Worley
Attorneys for Plaintiff
UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF INSIGHT ENVIRONMENTAL ENGINEERING & CONSTRUCTION, INC.

.